# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATEO CASTILLO, | 1:08-CV-0639 AWI WMW (HC) |
| Petitioner, | |
| v. | ORDER DENYING PETITIONER'S MOTION FOR CERTIFICATE OF APPEALABILITY |
| N. DAWSON, Warden, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 24, 2009, Petitioner filed a motion for a certificate of appealability of the January 23, 2009, order dismissing his petition for a writ of habeas corpus. In the present case, however, a certificate of appealability is not necessary as the detention Petitioner is challenging does not arise out of process issued by a state court. *See* Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir. 2005) (holding that habeas petition challenging the denial of parole does not require a certificate of appealability as the target of the petition is not the State court judgement of sentence); White v. Lambert, 370 F.3d 1002, 1010 n.7 (9th Cir. 2004).

Accordingly Petitioner's motion for a certificate of appealability is here by DENIED as moot.

IT IS SO ORDERED.

**Dated:   April 2, 2009**                           **/s/ Anthony W. Ishii**
                                                     CHIEF UNITED STATES DISTRICT JUDGE